NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**STRIKEFORCE TECHNOLOGIES, INC.,**
*Plaintiff-Appellant*

**v.**

**SECUREAUTH CORPORATION,**
*Defendant-Appellee*

———————————

2018-1470

———————————

Appeal from the United States District Court for the Central District of California in No. 2:17-cv-04314-JAK-SK, Judge John A. Kronstadt.

———————————

## JUDGMENT

———————————

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for plaintiff-appellant. Also represented by SAMUEL LAWRENCE BRENNER, Boston, MA; STEVEN PEPE, KEVIN JOHN POST, JOSEF B. SCHENKER, New York, NY.

JEREMY ANGUS ANAPOL, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for defendant-appellee. Also represented by JON W. GURKA, STEPHEN W. LARSON; GABRIEL BELL, Latham & Watkins LLP, Washington, DC.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 19, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court